IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOEL SALGADO, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-355(MTT) |
| BRUCE CHATMAN, *et al.*, | ) |
| Defendants. | ) |

### ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Charles H. Weigle allowed the due process and general conditions of confinement claims against Defendants Bruce Chatman, Rodney McCloud, William Powell, Rufus Logan, Rick Jacobs, and Dwayne Williams and the denial of dental care claim against Defendant Powell to go forward but recommends dismissing any claim based on an alleged denial of medical care or exposure to extreme weather conditions during outside recreation.  (Doc. 9).  The Plaintiff has not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Plaintiff's claims based on an alleged denial of medical care or exposure to extreme weather conditions during outside recreation are **DISMISSED without prejudice**.

**SO ORDERED,** this 23rd day of May, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT